# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **PERCELL F. GREEN, ET AL.** | * | **CIVIL ACTION NO. 18-0888** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **BP AMERICA PRODUCTION COMPANY, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff's motion to remand [Doc. No. 9] is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Rowe, Inc.; Bethlan Production Corporation; Caldwell Drilling Company, Inc.; and Claxton Mayo. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims brought as relators on behalf of the State of Louisiana and the Commissioner of Conservation are hereby **DISMISSED WITHOUT PREJUDICE,** in their entirety.

MONROE, LOUISIANA, this 13th day of November, 2018.

 

 

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE